# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 26

State of North Dakota,                                  Plaintiff and Appellee

   v.

Spencer Matthew Knight,                          Defendant and Appellant

## No. 20220293

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Joshua B. Rustad, Judge.

AFFIRMED.

Per Curiam.

Nathan K. Madden, Assistant State's Attorney, Williston, N.D., for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, N.D., for defendant and appellant; submitted on brief.

## State v. Knight
## No. 20220293

**Per Curiam.**

[¶1]   Spencer Knight appeals from a criminal judgment finding him guilty of reckless endangerment, under N.D.C.C. § 12.1-17-03, and simple assault, under N.D.C.C. § 12.1-17-01. On appeal, he argues the evidence in support of his convictions was insufficient. We affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr